**No. 62252.**—Arthur J. Humphreys et al. *v.* United States, protests 291277–K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of 2-piece lumber similar in all material respects to that the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (39 Cust. Ct. 52, C. D. 1903), the claim of the plaintiffs was sustained.

**No. 62253.**—R. J. Saunders & Co., Inc. *v.* United States, protest 310967–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel to the extent that the appraisement is claimed null and void and that the issues are the same in all material respects as those the subject of *Bluefries New York, Inc.* v. *United States* (39 Cust. Ct. 79, C. D. 1909), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)). *United States* v. *William Heyer*, 31 C. C. P. A. 111, C. A. D. 259, followed.

**No. 62254.**—American Lamb Skin Corp. et al. *v.* United States, protests 150267–K (A), etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins or lambskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.